## Leonard Express, Inc., Appellant, *v.* Rutter et al.

## Everett, Appellant, *v.* Rutter et al.

Before EPPINGER, P. J.

Argued November 25, 1975.

*George W. Lamproplos*, with him *Cassidy & Lamproplos*, for appellants; *David H. Trushel*, with him *Wayman, Irvin, Trushel and McAuley*, for appellees.

Order and judgment in each appeal affirmed.